IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | | |
|---|---|---|
| **ERWIN REALTY COMPANY, INC., et al.,** | * | |
| Plaintiffs, | * | |
| v. | * | **Civil Action No.: 2:07-CV-00638** (Kanawha Co. Civil Action No.: 07-C-1931) |
| **UNITED STATES LIABILITY INSURANCE GROUP, et al.,** | * | |
| Defendants. | * | |
| * * * * * * * | | |
| **UNITED STATES LIABILITY INSURANCE GROUP,** | * | |
| Cross-Plaintiff, | * | |
| v. | * | |
| **AFCO CREDIT CORPORATION,** | * | |
| Cross-Defendant. | * | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties in the above captioned civil action, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of the Complaint and Cross-Complaint with prejudice.

Dated this 8th day of January 2010

/s/ Justin Jack
Thomas V. Flaherty, Esquire
Tammy R. Harvey, Esquire
Justin Jack, Esquire
Flaherty, Sensabaugh & Bonasso, PLLC
Post Office Box 3843
200 Capitol Street
Charleston, WV 25338-3843

*Attorneys for Plaintiffs*

/s/ Michael Halaiko
Michael Halaiko
Joel L. Perrell Jr.
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21201
(410) 385-3762

*Attorneys for Defendant, AFCO Credit Corporation*

/s/ Michelle Fox
George A. Halkias, Esquire
Michelle Fox, Esquire
Martin & Seibert, LLC
BB&T Building, Suite 610
300 Summers Street
Charleston, WV 25301

*Attorneys for Cross-Plaintiff and Defendant, United States Liability Insurance Group*